NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ARNOLD CHAPMAN,    )
           )
   Appellant,   )
           )
v.          )  Case No. 2D18-325
           )
STATE OF FLORIDA,    )
           )
   Appellee.   )
_____)

Opinion filed March 27, 2019.

Appeal from the Circuit Court for Polk
County; William D. Sites and J. Kevin
Abdoney, Judges.

Howard L. Dimmig, II, Public Defender,
and Stephania A. Gournaris, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney
General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


BLACK, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.